IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

LORA AISTROP,

        Plaintiff,

v.                                Case No. 2:12-cv-0239

CENTRAL CREDIT SERVICES, INC.,
DEBBIE GREEN, JUSTIN BARNES,
THOMAS ROBERTS, BRIAN DOE
and CACV OF COLORADO,

        Defendants.
_____/

### NOTICE OF PENDING SETTLEMENT

      Defendant, Central Credit Services, Inc. n/k/a Central Credit Services, LLC, through counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a settlement with regard to plaintiff's claims against all defendants and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                          Respectfully submitted,

                                                          /s/ Mary Ann Stackhouse
                                                          Mary Ann Stackhouse, Esq. (BPR#017210)
                                                          R. Dale Bay, Esq. (BPR#010896)
                                                          LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
                                                          620 Market Street
                                                          One Centre Square, 5th Floor
                                                          Knoxville, TN  37901

Telephone: (865) 546-4646
Facsimile: (865) 523-6529
DBay@lewisthomason.com
mstackhouse@lewisthomason.com

Dayle M. Van Hoose, Esq.
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2460 Telephone
Facsimile: (866) 466-3140
dvanhoose@sessions-law.biz

Bryan C. Shartle, Esq.
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.C.
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, LA 70002-1752
Telephone: (504) 846-7917
Facsimile: (504) 828-3737
bshartle@sessions-law.biz

Counsel for Defendants,
Central Credit Services, LLC

2

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of September 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Everett H Mechem
Mechem Law Firm
220 Broad Street, Suite 206
Kingsport, TN 37660

Rocklan W. King III
Adams and Reese LLP
424 Church Street, Suite 2800
Nashville, TN 37219

Sarah E. Doerr
Moss & Barnett, A Professional Association
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129

/s/ Mary Ann Stackhouse
Mary Ann Stackhouse (BPR#017210)