IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

LORA AISTROP,

      Plaintiff,

              Case No. 2:12-cv-0239

v.

CENTRAL CREDIT SERVICES, INC.,
DEBBIE GREEN, JUSTIN BARNES,
THOMAS ROBERTS, BRIAN DOE
and CACV OF COLORADO,

      Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

  **COME NOW** Plaintiff Lora Aistrop and Defendants Central Credit Services, Inc., Debbie Green, Justin Barnes, Thomas Roberts and Brian Doe, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

10/16/14              Respectfully submitted,

| | |
|---|---|
| */s/ Everett H Mechem* | */s/ Mary Ann Stackhouse* |
| Everett H Mechem (BPR #11854) | Mary Ann Stackhouse, Esq. (BPR#017210) |
| MECHEM LAW FIRM | R. Dale Bay, Esq. (BPR#010896) |
| 220 Broad Street, Suite 206 | LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C. |
| Kingsport, TN 37660 | 620 Market Street |
| Telephone: 423-207-1300 | One Centre Square, 5th Floor |
| Facsimile: 423-370-1717 | Knoxville, TN 37901 |
| everett@mechemlaw.com | Telephone: (865) 546-4646 |
| Attorney for Plaintiff | Facsimile: (865) 523-6529 |
| | DBay@lewisthomason.com |
| */s/ Sarah E. Doerr* | mstackhouse@lewisthomason.com |
| Sarah E. Doerr | |
| MOSS & BARNETT, A PROFESSIONAL ASSOCIATION | Dayle M. Van Hoose, Esq. |
| | SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.C. |
| 4800 Wells Fargo Center | 3350 Buschwood Park Drive, Suite 195 |
| 90 South Seventh Street | Tampa, FL 33618 |

Minneapolis, MN 55402-4129  
Telephone: (612) 877-5297  
Facsimile: (612) 877-5999  
Sarah.Doerr@lawmoss.com  

Rocklan W. King III  
ADAMS AND REESE LLP  
424 Church Street, Suite 2800  
Nashville, TN 37219  
Telephone: (615) 259-1450  
Facsimile: (615) 259-1470  
rocky.king@arlaw.com  

Counsel for Defendants,  
Debbie Green and Thomas Roberts  

Telephone: (813) 890-2460 Telephone  
Facsimile: (866) 466-3140  
dvanhoose@sessions-law.biz  

Bryan C. Shartle, Esq.  
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.C.  
Lakeway Two, Suite 1240  
3850 North Causeway Boulevard  
Metairie, LA 70002-1752  
Telephone: (504) 846-7917  
Facsimile: (504) 828-3737  
bshartle@sessions-law.biz  

Counsel for Defendants,  
Central Credit Services, LLC and  
Justin Dickherber  

## CERTIFICATE OF SERVICE

I hereby certify that this the 16th day of October, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/Everett H. Mechem  
Everett H. Mechem, Esq.  
Attorney for Plaintiff  

2  
Case 2:12-cv-00239-JRG-DHI   Document 40   Filed 10/16/14   Page 2 of 2   PageID #: 212